UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) Case No. 1:10-cv-02755 |
| v. | ) ) Judge John A. Nordberg |
| SEVEN PALM INVESTMENTS, LLC, PETER P. VEUGELER, CARDIOVASCULAR SCIENCES, INC., and LAWRENCE H. HOOPER, JR., | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ITS CLAIMS FOR
DISGORGEMENT, PREJUDGMENT INTEREST, AND A CIVIL PENALTY
AGAINST DEFENDANT SEVEN PALM INVESTMENTS, LLC**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its claims for disgorgement, prejudgment interest, and a civil penalty against Defendant Seven Palm Investments, LLC.

On January 9, 2012, this Court entered a consent judgment of permanent injunction and other relief against Seven Palm. (D.E. # 44.) The only outstanding issues as to Seven Palm were the amounts of the disgorgement, prejudgment interest, and civil penalty claims, if any, to be sought by the Commission. The Commission now voluntarily dismisses its disgorgement, prejudgment interest, and civil penalty claims against Seven Palm.

With this voluntary dismissal of the disgorgement, prejudgment interest, and civil penalty claims against Seven Palm – and the permanent injunction remaining in place against Seven Palm (D.E. # 44.) – all issues related to Seven Palm in this case are now resolved.

Respectfully Submitted,

April 24, 2013 /s James M. Carlson

James M. Carlson, Esq.
Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Illinois Bar # 6269506
Tel.: (305) 982-6328 / Fax: (305) 536-4154
E-mail:  CarlsonJa@sec.gov

*Lead Attorney for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Pursuant to Local Rule 5.2(e), a paper copy will be provided to chambers by April 25, 2013.

I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> Andrew S. May
> May Law, PC
> 3700 W. Devon Ave., Ste. E
> Lincolnwood, IL 60712
> E-mail:  Amay@maylawpc.net
> *Attorney for Defendants Peter Veugeler and Seven Palm Investments, LLC*
>
> Lawrence H. Hooper, Jr.
> 14613 Forrest Hill Drive
> Monmouth, OR 97361-9415
> Telephone: (407) 247-4399
> E-mail: Larry@cvsciences.org
> *Pro Se*
>
> Lawrence H. Hooper, Jr., MD
> CEO Cardiovascular Sciences, Inc.
> 3251 Progress Dr., #A107
> Orlando, FL 32826
> *CEO of Cardiovascular Sciences, Inc.*

/s James M. Carlson
James M. Carlson
