

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>SEVEN PALM INVESTMENTS, LLC,  )<br>PETER P. VEUGELER,  )<br>CARDIOVASCULAR SCIENCES, INC.,  )<br>and LAWRENCE H. HOOPER, JR.,  )<br>)<br>Defendants.  ) | Case No. 1:10-cv-02755<br><br>Judge John A. Nordberg |

### FINAL JUDGMENT AS TO
### DEFENDANT LAWRENCE H. HOOPER, JR.

THIS MATTER is before the Court on Plaintiff Securities and Exchange Commission's Motion and Memorandum of Law to Set Disgorgement and Civil Penalty Amounts as to Defendants Peter P. Veugeler and Lawrence H. Hooper, Jr. (D.E. 58.)

This Court previously entered a Judgment of Permanent Injunction and Other Relief as to Hooper. (D.E. 33.) The Judgment of Permanent Injunction provides the Court shall determine the amount of the civil penalty upon the Commission's motion pursuant to Section 20(d) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(d)(3). (D.E. 33, at 4 and 5.)

UPON CONSIDERATION of the Motion and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED.

**IT IS FURTHER ORDERED AND ADJUDGED** that Hooper shall pay a civil penalty in the amount of $25,000 to the Securities and Exchange Commission pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3). Hooper shall make this payment within 14 days after entry of this Final Judgment.

Hooper may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Hooper may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Hooper as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Hooper shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Hooper relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Hooper. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Hooper shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and Hooper in order to implement and carry out the terms of this

Judgment and all Orders and Decrees that may be entered, and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

Done and ordered in Chambers in Chicago, Illinois, this 16th day of ____April____, 2014.

_John A. Nordberg_
**JOHN A. NORDBERG
UNITED STATES DISTRICT JUDGE**