

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) Case No. 1:10-cv-02755 |
| v. | ) ) Judge John A. Nordberg |
| SEVEN PALM INVESTMENTS, LLC, PETER P. VEUGELER, CARDIOVASCULAR SCIENCES, INC., and LAWRENCE H. HOOPER, JR., | ) ) ) ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT AS TO DEFENDANT PETER P. VEUGELER

THIS MATTER is before the Court on Plaintiff Securities and Exchange Commission's Motion and Memorandum of Law to Set Disgorgement and Civil Penalty Amounts as to Defendants Peter P. Veugeler and Lawrence H. Hooper, Jr. (D.E. 58.)

This Court previously entered a Judgment of Permanent Injunction and Other Relief as to Veugeler. (D.E. 43.) The Judgment of Permanent Injunction provides the Court shall determine the amount of disgorgement, prejudgment interest, and civil penalty upon the Commission's motion pursuant to Section 20(d) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(d)(3). (D.E. 43, at 4 and 5.)

UPON CONSIDERATION of the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Veugeler is liable for disgorgement of $8,035,297, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,011,621 and a civil penalty in the amount of $8,035,297 pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3). Veugeler shall satisfy this obligation by paying $17,082,215 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

Veugeler may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Veugeler may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Veugeler as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Veugeler shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Veugeler relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Veugeler. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Veugeler shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and Veugeler in order to implement and carry out the terms of this Judgment and all Orders and Decrees that may be entered, and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

Done and ordered in Chambers in Chicago, Illinois, this 16th day of April, 2014.

JOHN A. NORDBERG
UNITED STATES DISTRICT JUDGE