# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Securities And Exchange Commission
                                         Plaintiff,

v.                                       Case No.: 1:10−cv−02755
                                         Honorable John F. Grady

Seven Palm Investments, LLC, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2014:

MINUTE entry before the Honorable John F. Grady: This case was recently reassigned to this court. Counsel for the Securities and Exchange Commission has informed chambers staff via e−mail that with the recent entry of final judgments against defendants Peter P. Veugeler and Lawrence H. Hooper Jr., all issues have been resolved in the case. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.